**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1303**

LAUNEIL SANDERS,

                    Plaintiff - Appellant,

          v.

PETER S. GILCHRIST, Mecklenburg County City Attorney; MORGAN
STANLEY SMITH BARNEY FINANCIAL, LLC; DANIEL CLIFTON, Attorney;
EDWARD L. BOOKER, Attorney,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Max O. Cogburn, Jr.,
District Judge.  (3:10-cv-00068-MOC-DSC)

Submitted:  June 30, 2011          Decided:  July 5, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Launeil Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Launeil Sanders appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Sanders v. Gilchrist, No. 3:10-cv-00068-MOC-DSC (W.D.N.C. Mar. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED